UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
     :
11 WEST 19th ASSOCIATES, LLC,     :
     :
                       Plaintiff,     :
     :         22-CV-10289 (VSB)
          -against-     :
     :         **ORDER**
JOHN DOE, JANE DOE,     :
TRUIST BANK, and NAVY FEDERAL     :
CREDIT UNION,     :
     :
                   Defendants.  :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff has filed notices of dismissal against each of the four defendants in this action. (*See* Docs. 9, 15, and 16.)  Accordingly, it is hereby:

        ORDERED that the above-captioned action is closed.  The Clerk of Court is respectfully directed to terminate the action.

SO ORDERED.

Dated: April 4, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge